**E-FILED**
Thursday, 01 July, 2010  05:01:55 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | | |
|---|---|---|
| HECTOR RIVAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-4063 |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## O P I N I O N and O R D E R

Before the Court is the Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed by Plaintiff, Hector Rivas (Doc. 21). Defendant does not object.  The Motion is GRANTED.  The Court awards Plaintiff $3,987.70 in attorney's fees.  The Clerk is DIRECTED to enter an amended judgment accordingly.

Entered this 1st day of July, 2010

s/ Joe B. McDade
JOE BILLY MCDADE
United States Senior District Judge